PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF LOUISIANA

Name (under which you were convicted): **MILES GUIDRY**

Docket or Case No.:

Place of Confinement: Louisiana State Penitentiary

Prisoner No. 733356

Name of Petitioner

**MILES GUIDRY**

V.

Name of Respondent (custodian): **TIM HOOPER**

The Attorney General of the State of Louisiana: **JEFF LANDRY**

## PETITION

1. (a) Name and location of court which entered the judgment of conviction under attack: Lafayette, 15 JDC
   (b) Criminal docket or case number (if you know): 156140
2. (a) Date of judgment of conviction: May 15, 2018
   (b) Date of sentencing: May 29, 2018
3. Length of sentence: Life without parole
4. In this case, were you convicted on more than one count or of more than one crime?
   [ ] Yes   [X] No
5. Identify all crimes of which you were convicted and sentenced in this case: Second Degree Murder
6. (a) What was your plea?   [X] (1) Not guilty   [ ] (3) Nolo contendere (no contest)
                              [ ] (2) Guilty       [ ] (4) Insanity plea
   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?
   N/A
   (c) If you went to trial, what kind of trial did you have? (Check one)
   [X] Jury        [ ] Judge only
7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?   Yes [ ]   No [X]

3

8. Did you appeal from the judgment of conviction? Yes [X] No [ ]

9. If you did appeal, answer the following:
   (a) Name of court: Louisiana Third Circuit Court of Appeals
   (b) Docket or case number (if you know): 18-867
   (c) Result: Denied
   (d) Date of result (if you know): May 8, 2019
   (e) Citation to the case (if you know): _____
   (f) Grounds raised: Evidence of other crimes admitted; Trial court erred in denying challenges for cause; Denying motion in limine regarding note found in defendant's possession; allowing prejudicial photos depicting and baby items; allowing Det.St.Cyr to testify evidence of scene without blood expert testimony; Dr. Tape's testimony not conforming to report of findings; insufficient evidence for second degree murder.

   (g) Did you seek further review by a higher state court? Yes [X] No [ ]
       If yes, answer the following:
       (1) Name of court: Louisiana State Supreme Court
       (2) Docket or case number (if you know): 2019-KO-01363
       (3) Result: Denied ( one Judge granting)
       (4) Date of result (if you know): July 24, 2020(received July 27, 2020)
       (5) Citation to the case (if you know): _____
       (6) Grounds raised: Same as appeals

   (h) Did you file a petition for certiorari in the United States Supreme Court?
       Yes [ ] No [X]
       If yes, answer the following:
       (1) Name of court: _____
       (2) Docket or case number (if you know): _____
       (3) Result: _____
       (4) Date of result (if you know): _____

       (5) Citation to the case (if you know): _____

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

       Yes [ ]   No [X]

11.    If your answer to Question 10 was "Yes," give the following information:

    (a)  (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____
        (4) Nature of the proceeding: _____
        (5) Grounds raised: _____

        (6) Did you receive an evidentiary hearing on your petition, application or motion?

           Yes [ ]   No [ ]

        (7) Result: _____
        (8) Date of result (if you know): _____

    (b)  If you filed any second petition, application or motion, give the same information:

        (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____
        (4) Nature of the proceeding: _____
        (5) Grounds raised: _____

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?   Yes [ ]   No [ ]

        (7) Result: _____
        (8) Date of result (if you know): _____

    (c)  If you filed any third petition, application, or motion, give the same information:

        (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____
        (4) Nature of the proceeding: _____
        (5) Grounds raised: _____

  (6) Did you receive a hearing where evidence was given on your petition, application or motion? Yes [ ] No [ ]

  (7) Result: _____

  (8) Date of result: _____

 (d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

  (1) First petition, etc. Yes [ ] No [ ]
  (2) Second petition, etc. Yes [ ] No [ ]
  (3) Third petition, etc. Yes [ ] No [ ]

 (e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

  **CAUTION:** To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:**

 (a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): *See Memorandum of Law attached hereto*

 (b) If you did not exhaust your state remedies on Ground One, explain why: _____

 (c) **Direct Appeal of Ground One:**

  (1) If you appealed from the judgment of conviction, did you raise this issue:

   [ ] Yes [ ] No

  (2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   [X] Yes   [ ] No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ___Post-Conviction Relief Application___

Name and location of the court where the motion or petition was filed: ___Lafayette, 15 JDC___

Docket or case number (if you know): ___156140___

Date of the court's decision: ___January 6, 2022___

Result (attach a copy of the court's opinion or order, if available).

(3) Did you receive a hearing on your motion or petition?   [ ] Yes   [X] No

(4) Did you appeal from the denial of your motion or petition?   [X] Yes   [ ] No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

[X] Yes   No [ ]

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ___Third Circuit Court of Appeals, Lake Charles, Louisiana___

Docket or case number (if you know): ___KH 20-00126___

Date of the court's decision: ___June 20, 2022___

Result (attach a copy of the court's opinion or order, if available).

(7) If your answer to Question (d)(4) or Question (d)(4) is "No," explain why you did not raise this issue: _____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

_____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   [X] Yes   No [ ]

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

7

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them: __No__

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   [ ] Yes   No [X]
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   [ ] Yes   No [X]
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:
   (a) At preliminary hearing: __C. Cass Luskin__
   (b) At arraignment and plea: __Unknown__
   (c) At trial: __C. Cass Luskin and David Rubin__
   (d) At sentencing: __C. Cass Luskin__
   (e) On appeal: __Edward K. Bauman__
   (f) In any post-conviction proceeding: __N/A__
   (g) On appeal from any ruling against you in a post-conviction proceeding: __N/A__

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   [ ] Yes   No [X]
   (a) If so, give name and location of court that imposed the other sentence you will serve in the future.
   _____
   (b) Give the date the other sentence was imposed: _____
   (c) Give the length of the other sentence: _____
   (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? [ ] Yes   No [ ]

18. **TIMELINESS OF PETITION:** If your judgment of conviction became final over one year

ago, you must explain the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.

**THEREFORE**, petitioner asks that the Court grant the following relief: Reverse his conviction and sentence or any other relief to which petitioner may be entitled.

Respectfully submitted by:

*Miles J Guidry* # 733356

Louisiana State Prison
Angola, Louisiana 70712

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct and correct and that this Petition for Writ of Habeas Corpus was placed in the mailing system. Executed (signed) on the 28 day of April, 2023.

*Miles Guidry* #733356

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

## PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

(If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.)

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY
*Instructions-Read Carefully*

(1)   This petition must be legibly handwritten or typewritten, and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2)   Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3)   Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4)   If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute form DC 12, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis* you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your personal account exceeds $_____, you must pay the filing fee as required by the rule of the district court.

(5)   Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6)   Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7)   When the petition is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court.

(8)   Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

2